DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CURTIS RICHARD JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-0083 OWW |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | Date: May 26, 2009 |
| CURTIS RICHARD JAMES, | Time: 9:00 a.m. |
| *Defendant.* | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for April 27, 2009 at 9:00 a.m. may be continued to **May 26, 2009 at 9:00 a.m.**

This stipulation is entered into at the defendant's request as defendant is still reviewing recently received discovery.

///
///
///
///
///
///
///

1 The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

LAWRENCE BROWN
United States Attorney

DATED: April 23, 2009          By:  /S/ Thomas M. Brennan
                                    THOMAS M. BRENNAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: April 23, 2009          By /s/ Victor M. Chavez
                                  VICTOR M. CHAVEZ
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  Curtis Richard James

**O R D E R**

IT IS SO ORDERED.

**Dated:  April 23, 2009**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE