DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CURTIS RICHARD JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>    v.<br><br>CURTIS RICHARD JAMES,<br><br>    *Defendant.* | NO. 1:08-cr-0083 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:  August 31, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for August 17, 2009 at 9:00 a.m. may be continued to August 31, 2009 at 9:00 a.m.

    The reason for this continuance is because we have reached agreement on a plea, but need additional time to memorialize the agreement. Assistant U.S. Attorney Thomas Brennan agrees to the new date.

///
///
///
///
///
///
///

1  The parties also agree that any delay resulting from this continuance shall be excluded in the
2  interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

McGREGOR W. SCOTT
United States Attorney

DATED: August 13, 2009        By:   /S/ Thomas Brennan
                                    THOMAS BRENNAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


                                    DANIEL J. BRODERICK
                                    Federal Public Defender

DATED: August 13, 2009        By  /s/ Victor M. Chavez
                                    VICTOR M. CHAVEZ
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Curtis Richard James

**O R D E R**

.

IT IS SO ORDERED.

**Dated:   August 13, 2009**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hrg

2