HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CURTIS RICHARD JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:08-cr-00083 LJO-1 |
| *Plaintiff*, | |
| vs. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| CURTIS RICHARD JAMES, | Date: June 19, 2014 |
| | Time: 1:30 p.m. |
| *Defendant*. | Magistrate Judge:  Gary S. Austin |

Pursuant to Fed. R. Crim. P. 43(b)(2) and (3), Defendant, CURTIS RICHARD JAMES, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on June 19, 2014, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

The reason for waiving Mr. James' appearance on June 19, 2014 is that the case is near resolution but Probation Officer, Phil Hendly, is unavailable requiring that the case be set for a further status conference.  Mr. James resides in Modesto and is employed.  The defense wishes to avoid having Mr. James miss a day of work merely to set a new status conference date for his

case.

This request is made pursuant to Fed.R.Crim.P. 43(b)(2) and (3).

DATED: June 18, 2014          /s/ *Curtis R. James*
                              CURTIS RICHARD JAMES

DATED: June 18, 2014          /s/ *Victor M. Chavez*
                              VICTOR M. CHAVEZ
                              Assistant Federal Defender
                              Attorneys for CURTIS RICHARD JAMES

**O R D E R**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant's appearance may be waived on June 19, 2014.

IT IS SO ORDERED.

Dated:   **June 18, 2014**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE